# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143146

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTWUAN BERTEL CROSS,
        Defendant-Appellant.

SC:  143146
COA:  301613
Wayne CC:  10-001148-FC

_____/

On order of the Court, the application for leave to appeal the April 12, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
                Clerk

h1017